**Dana HALL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 55977.**

Missouri Court of Appeals,
Eastern District,
Division Two.

June 13, 1989.

Felicia A. Jones, Clayton, for appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

This is an appeal from the trial court's judgment denying a Rule 29.15 motion without an evidentiary hearing. The trial court's judgment is based on findings of fact that are not clearly erroneous. No error of law appears.

An opinion would have no precedential value.

The judgment is affirmed in accordance with Rule 84.16(b).